IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 21-01589 |
| **Janine K Hill** | : | Chapter 13 |
| | : | Judge Henry W. Van Eck |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **MidFirst Bank** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | February 15, 2022 at 09:30 a.m. |
| | : | |
| **Janine K Hill** | : | |
| **Glenn R Hill** | : | |
| | : | |
| **Jack N Zaharopoulos** | : | |
| Respondents. | | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR RELIEF AS TO GLENN R HILL ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 3441 DERRY STREET, HARRISBURG, PENNSYLVANIA 17111 DOCKET NUMBER

Upon consideration of the Motion for Relief from Stay and the Codebtor stay (the "Motion") filed by MidFirst Bank ("Creditor").

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is granted and the automatic stay imposed by § 362 and the codebtor stay imposed by § 1301of the Bankruptcy Code are terminated as it affects the interest of Creditor in and to the property located at 3441 Derry Street, Harrisburg, PA 17111.

**IT IS FURTHER ORDERED** that Creditor may take any and all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective immediately.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 10, 2022