# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 2/10/2022 |
| Case: 1:21–bk–01589–HWV | Form ID: pdf010 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Jack N Zaharopoulos (Trustee)      info@pamd13trustee.com
aty      Adam Bradley Hall      amps@manleydeas.com
aty      James H Turner      pat@turnerandoconnell.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Glenn R Hill      3441 Derry Street      Harrisburg, PA 17111

TOTAL: 1